UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NANCY LECOQ, ET AL.

VERSUS

GREAT WEST CASUALTY COMPANY, ET AL.

CIVIL ACTION

NO. 12-485-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 21, 2013 (doc. no. 11). The defendants filed written objections which merely restate their prior arguments and have been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, although Defendants have shown by a preponderance of the evidence that the amount in controversy required by § 1332 is present, Defendants have failed to show that LAFBIC was improperly joined. As such complete diversity between the parties does not exist; therefore, the Plaintiffs' Motion to Remand (doc. no. 5) is GRANTED and this matter is REMANDED to the 18th Judicial District Court, Parish of Iberville, State of Louisiana. Plaintiffs are awarded costs and reasonable attorney's fees in the amount of $400, to be paid by Defendants within 14 days.

Baton Rouge, Louisiana, this 11th day of September, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA